## JONES *v.* CALIFORNIA.

No. 1072, Misc.   Decided March 10, 1969.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## SUMRALL *v.* KIDD ET AL.

No. 1167, Misc.   Decided March 10, 1969.

*Lawrence A. Aschenbrenner* and *Elliott C. Lichtman* for appellant.

*Acting Solicitor General Friedman, Acting Assistant Attorney General Eardley, Morton Hollander,* and *Robert V. Zener* for appellees.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted. The judgment of the District Court is vacated and the cause is remanded in order that the District Court may enter a fresh decree from which the appellant may, if he wishes, perfect a timely appeal to the Court of Appeals. *Moody* v. *Flowers,* 387 U. S. 97.